# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10cr125-WHA |
| | ) | |
| RODNEY EDWARD THOMPSON | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 26, 2011, this Court entered a Preliminary Order of Forfeiture (Doc. #71), forfeiting defendant Rodney Edward Thompson's interest in the following property to the United States: an RG Industries, model RG39, .38 caliber revolver, bearing serial number X036017.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Rodney Edward Thompson has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c): **an RG Industries, model RG39, .38 caliber revolver, bearing serial number X036017.**

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 31st day of October, 2011.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE